GEORGE HENRY, SR., Respondent, v. JAMES W. HIGGINS, Individually and as Chief of Police of the City of Buffalo, New York, and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and application for injunction denied, with ten dollars costs.  Held, that in

our opinion the action of the defendants in causing the surveillance of the plaintiff's premises was justified and taken in good faith. All concur.